# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ZA'SHAWN J. RICE

NO. 2023 KW 0930

**NOVEMBER 6, 2023**

---

In Re:    Za'Shawn J. Rice, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          845525.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT DENIED.**

> MRT
> AHP
> HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT